IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>  ) <br>  v.   ) <br>  ) <br> **ANDREW XAVIER SALERY** ) | **CRIMINAL ACTION NO.**<br>**2:14cr431-MHT**<br>**(WO)** |

**OPINION AND ORDER**

Though he has been found by the court to be mentally competent to stand trial, defendant Andrew Xavier Salery suffers from serious mental-health issues that require ongoing consultation and treatment. Salery has suffered from various psychological issues throughout his life; in the past, these problems have caused him to be committed for emergency mental-health treatment and to be prescribed antipsychotic medications. He also has self-medicated with drug use. This court reviewed evaluations and heard extensive testimony regarding Salery's psychological diagnoses and current symptoms from two different doctors; these symptoms include paranoia and at least some degree of

Case 2:14-cr-00431-MHT-WC   Document 51   Filed 07/20/15   Page 2 of 3

manic episodes.  <u>See</u> Neurological Evaluation submitted by Dr. Robert Shaffer, Ph.D., dated January 16, 2015 (doc. no. 23-1); Evaluation of Competence to Proceed submitted by Dr. Tennille Warren-Phillips, Psy.D., and Dr. David Freeman, Psy.D., dated May 19, 2015 (doc. no. 36).  Defense counsel has also reported that, as recently as last week, Salery was placed on suicide watch while in jail.

Salery is being detained pending his trial, which has been continued until October 26, 2015. Given the information within the court's possession, Salery cannot and should not wait for trial without regular consultation with a qualified doctor and access to any mental-health treatment that may be needed.

***

Accordingly, for the above reasons, it is ORDERED that, on or before 9:00 a.m. tomorrow, the government, the supervising probation officer, and defense counsel are jointly to submit to the court a plan for the <u>immediate</u> and <u>regular</u> mental-health treatment of

defendant Andrew Xavier Salery during his incarceration pending trial.

DONE, this the 20th day of July, 2015.

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**