# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL CASE NO.** |
| v. | ) | **2:14cr431-MHT** |
| | ) | **(WO)** |
| **ANDREW XAVIER SALERY** | ) | |

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on November 2, 2015, this Court entered a preliminary order of forfeiture (doc. no. 98) ordering defendant Andrew Xavier Salery to forfeit his interest in the following property: one Glock, Inc., model 23GEN4, .40 caliber pistol, bearing serial number TMG706; one Feather Industries, Inc., model AT9, .9 caliber rifle, bearing serial number A95008; one Romarm/Cugir, model GP WASR 10/63, .762 caliber rifle, bearing serial number CH-3360-70; 15 rounds of .40 caliber ammunition; 21 rounds of .9 caliber ammunition; and 38 rounds of .762 caliber ammunition;

**WHEREAS**, on November 5 and 22, 2015, notice of this forfeiture action was served on Michelle Salary, Dereck L. Bynum ("Bynum"), and Curtis W. Hanson. (doc. nos. 102, 103 & 110), and on November 13, 2015, Bynum contacted the U.S. Attorney's Office, claimed ownership of the Glock, Inc., model 23GEN4, .40 caliber pistol, bearing serial number TMG706, and submitted paperwork that confirmed his ownership of the firearm;

**WHEREAS**, the United States and Bynum reached a verbal agreement wherein the firearm will be returned to Bynum through the Montgomery Field Office of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); and,

**WHEREAS**, the court finds that defendant Andrew Xavier Salery has an interest in the remaining property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853, and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 841(a)(1);

It is hereby **ORDERED** that the government's motion for a final order of forfeiture (doc. no. 121) is granted as follows:

1. The preliminary order of forfeiture is final, and all right, title and interest in the following property is conveyed to the United States, pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853: **one Feather Industries, Inc., model AT9, .9 caliber rifle, serial number A95008; one Romarm/Cugir, model GP WASR 10/63, .762 caliber rifle, serial number CH-3360-70; 15 rounds of .40 caliber ammunition; 21 rounds of .9 caliber ammunition; and 38 rounds of .762 caliber ammunition**.

2. The Glock, Inc., model 23GEN4, .40 caliber pistol, bearing serial number TMG706, shall be returned to Dereck L. Bynum through the Montgomery Field Office of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

3. All other persons claiming any right, title, or interest in the forfeited assets are hereby held in default, and, all right, title and interest in the forfeited assets is hereby vested in the United States of America.

4. The United States Marshals Service shall dispose of the forfeited assets in accordance with the law and this order.

5. The Court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

6. The Clerk of Court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 2nd day of February, 2016.

/s/ Myron H.Thompson
UNITED STATES DISTRICT JUDGE