IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:14cr431-MHT** |
| | ) | **(WO)** |
| **ANDREW XAVIER SALERY** | ) | |

### ORDER

Because the investigator's voucher names the people interviewed, it is ORDERED that the voucher (doc. no. 136) is sealed.

DONE, this the 3rd day of March, 2016.

　　　　　　　　　　　　　　　　 ___/s/ Myron H. Thompson_____
　　　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**