IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:14cr431-MHT** |
| | ) | **(WO)** |
| **ANDREW XAVIER SALERY** | ) | |

### ORDER

It is ORDERED that defendant Andrew Xavier Salery's motion for appointment of counsel (doc. no. 152) is denied. Defendant Salery does not need the assistance of counsel in order to have his case reviewed for a sentencing reduction under Amendment 782 or Amendment 599. Should the court later determine that counsel is needed in order to address whether defendant Salery should receive a reduction, it will appoint counsel at that time.

DONE, this the 12th day of December, 2016.

                                           /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**