IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:14cr431-MHT** |
| | ) | **(WO)** |
| **ANDREW XAVIER SALERY** | ) | |

**ORDER**

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on March 8, 2017 (doc. no. 156), affirming the judgment of conviction and sentence pronounced in this case as to defendant Andrew Xavier Salery on January 28, 2016, and entered on January 29, 2016 (doc. no. 119), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on April 6, 2017, and received in the office of the clerk of this court on April 6, 2017 (doc. no. 157), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Andrew Xavier Salery on January 28, 2016, and entered

on January 29, 2016 (doc. no. 119), is continued in full force and effect.

DONE, this the 10th day of April, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**