IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.  ) | 2:14cr431-RAH-JTA |
| ) | |
| ANDREW XAVIER SALERY ) | |

**O R D E R**

In Case Number 2:23-CR-52-RAH, this Court recently sentenced Defendant Andrew Salery to 65 months' imprisonment followed by a three-year term of supervised release.  The term is concurrent with any term of imprisonment imposed in Montgomery County (Docket No. CC-2023-953) and consecutive to any term that he is currently serving, if any, in the instant case (Case No. 2:14-CR-431-RAH).  Defendant Salery is currently in the custody of the Federal Bureau of Prison.  Upon his release, he will serve a term of supervised release and continue to receive treatment.

On August 14, 2023, the USPO filed the Status Report on Offender under Supervision (Doc. 216) in this case. The USPO recommends taking no action and that supervised release in the instant case (Case No. 2:14-CR-431-RAH) be terminated.  Accordingly, it is

ORDERED that the USPO's recommendation is ADOPTED and that all interests in the instant case (Case No. 2:14-CR-431-RAH) are closed and that the

term of supervised release imposed on November 30, 2022 (Doc. 199) is

TERMINATED.

    DONE, on this the 15th day of August 2023.

                                  R. AUSTIN HUFFAKER, JR.
                                  UNITED STATES DISTRICT JUDGE